

FILED _____ LODGED
RECEIVED

JUN 21 2010

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

10-CV-05257-ORD

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

MERRY GAGG,

        Plaintiff,

vs.

ALLIED CASH ADVANCE; ALLIED CASH ADVANCE, INC.; ALLIED CASH ADVANCE WASHINGTON, LLC, JOHN LIE-NIELSEN and JANE DOE NIELSEN, and the marital community comprised thereof; and DOES 1-10, inclusive,

        Defendants.

**NO. CV 10 5257**

**[PROPOSED] ORDER ON DEFENDANT ALLIED CASH ADVANCE'S MOTION TO DISMISS STATE LAW CLAIMS PURSUANT TO FRCP 12(b)(6)**

The motion of Defendants Allied Cash Advance; Allied Cash Advance, Inc.; and Allied Cash Advance Washington, LLC to dismiss the state law claims in plaintiff's complaint for damages was noted for hearing on Friday June 11, 2010, the Honorable Ronald Leighton, United States District Court Judge, presiding. The motion was brought pursuant to Fed. R. Civ. Proc. 12(b)(6) on the grounds that plaintiff's state law claims are barred by the statute of limitations. The court has considered all pleadings on file.

IT IS HEREBY ORDERED that plaintiff's claims of gender discrimination in violation of RCW 49.60; retaliation in violation of RCW 49.60; negligent supervision and/or retention; malicious harassment; and the tort of outrage are barred by the statutes of limitation applicable to those state law claims. Thus, defendants' objections to said claims under Fed. R. Civ. Proc. 12(b)(6) are hereby sustained and those claims are dismissed with prejudice.

ORDER ON DEFENDANT ALLIED CASH ADVANCE'S  MOTION TO DISMISS STATE LAW CLAIMS PURSUANT TO FRCP 12(b)(6) - 1 U.S.D.C. No. C10-5257

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON RD., TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480  FAX. (360) 357-3511

1   Dated this 19th Day of June, 2010.

2

3

4   Hon. Ronald Leighton
    United States District Judge

5

6   **Presented By:**

7   Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.

8   _/s/ Elizabeth A. McIntyre_
    Elizabeth A. McIntyre, WSBA #25671
9   Attorney for Defendants
    P.O. Box 11880
10  Olympia, WA 98508-1880
    Telephone:  (360) 754-3480
11  Fax:  (360) 357-3511
    email: emcintyre@lldkb.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ORDER ON DEFENDANT ALLIED CASH
ADVANCE'S MOTION TO DISMISS STATE LAW
CLAIMS PURSUANT TO FRCP 12(b)(6) - 2
U.S.D.C. No. C10-5257**

_LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S._
ATTORNEYS AT LAW
2674 RW JOHNSON RD., TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480  FAX (360) 357-3511