# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| MERRY GAGG,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>ALLIED CASH ADVANCE; ALLIED CASH ADVANCE, INC.; ALLIED CASH ADVANCE WASHINGTON, LLC, JOHN LIE-NIELSEN and JANE DOE NIELSEN, and the marital community comprised thereof; and DOES 1-10, inclusive,<br><br>　　　　　　　　　Defendants. | **NO. CV 10 5257 RBL**<br><br>**ORDER ON DEFENDANT JOHN LIE-NIELSEN'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)** |

　　　The motion of Defendant John Lie-Nielsen to dismiss all claims was noted for consideration on Friday July 30, 2010, the Honorable Ronald B. Leighton, United States District Court Judge, presiding.  The motion was brought pursuant to Fed. R. Civ. Proc. 12(b)(6) on the grounds that plaintiff's state law claims are barred by the statute of limitations; and on the further ground that her remaining Title VII claims do not provide for individual liability against the moving party.  The court has considered all pleadings on file.

　　　IT IS HEREBY ORDERED that plaintiff's claims of gender discrimination in violation of RCW 49.60; retaliation in violation of RCW 49.60; negligent supervision and/or retention; malicious harassment; and the tort of outrage are barred by the statutes of limitation applicable to those state law claims.  Thus, defendant John Lie-Nielsen's objections to said claims under Fed. R. Civ. Proc. 12(b)(6) are hereby sustained and those claims are dismissed with prejudice.

**ORDER ON DEFENDANT JOHN LIE-NIELSEN'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) - 1**
**U.S.D.C. No. C10-5257**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON RD., TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

IT IS HEREBY FURTHER ORDERED that plaintiff's remaining claims against John Lie-Nielsen under Title VII of the Civil Rights Act of 1964, 42 USC §2000, *et seq.* are dismissed with prejudice as Title VII does not provide for individual liability for plaintiff's claims of gender discrimination and retaliation.

Dated this 30th Day of July, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

**Presented By:**

Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.

   */s/ Elizabeth A. McIntyre*
Elizabeth A. McIntyre, WSBA #25671
Attorney for Defendants
P.O. Box 11880
Olympia, WA 98508-1880
Telephone:  (360) 754-3480
Fax:  (360) 357-3511
email: emcintyre@lldkb.com

**ORDER ON DEFENDANT JOHN LIE-NIELSEN'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) - 2**
**U.S.D.C. No. C10-5257**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 RW JOHNSON RD., TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511*